UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

OZAKI TRICE        CIVIL ACTION

VERSUS        NO. 19-10787

DARREL VANNOY, WARDEN        SECTION: "S"(1)

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the petitioner's Objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Ozaki Trice is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  22nd  day of    September , 2020.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**